UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ADRIAN ROMAINE PICKETT,<br><br>　　　　　　　Defendant. | CASE NO. CR04-075-TSZ<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 17, 2010. The United States was represented by Marci Ellsworth, and defendant was represented by Kevin Peck. The proceedings were recorded on cassette tape.

## CONVICTION AND SENTENCE

Defendant had been convicted on or about September 24, 2004 on charges of possession of cocaine base with intent to distribute. The Hon. Thomas S. Zilly of this court sentenced defendant to 71 months in custody (later reduced to 60 months), followed by four years of supervised release.

PROPOSED FINDINGS - 1

1    In May of 2010, defendant consumed alcohol, and was allegedly involved in new criminal

2 behavior.  The court modified the conditions of supervised release to require him to participate in the

3 Location Monitoring Program (home confinement with sobrietor) for 120 days.

## ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSIONS

6    In an application dated August 10, 2010, Senior USPO Mark J. Chance alleged that defendant

7 violated the conditions of supervised release in six respects.  Five of those charges alleged defendant

8 used controlled substances on or before August 5, 2010, specifically: marijuana, opiates, MDMA

9 (ecstasy), Oxycodone, and cocaine.  The sixth charge is that he failed to comply with the Location

10 Monitoring Program by virtue of his use of drugs.

11    I advised defendant as to these charges and as to his constitutional rights.  Defendant admitted

12 all six alleged violations, waived any hearing as to whether they occurred, and consented to having

13 the matter set for a disposition hearing.

## RECOMMENDED FINDINGS AND CONCLUSIONS

16    Based upon the foregoing, I recommend the court find that defendant has violated the

17 conditions of his supervised release in the six respects alleged, and conduct a disposition hearing.

18 That hearing has been scheduled before Judge Zilly for September 9, 2010 at 1:30 p.m.

19    Defendant has been detained pending a final determination by the court.

20    DATED this 17th day of August, 2010.

                                    s/ John L. Weinberg
                                    United States Magistrate Judge

26 PROPOSED FINDINGS - 2

cc:   Sentencing Judge            :   Hon. Thomas S. Zilly
      Assistant U.S. Attorney     :   Marci Ellsworth
      Defense Attorney            :   Kevin Peck
      Sr. U. S. Probation Officer :   Mark J. Chance

PROPOSED FINDINGS - 3